# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NATHAN GAUDREAU,

    Plaintiff,

v.                                            CASE NO.  8:16-cv-18-T-26JSS

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

# O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, and pursuant to the parties' Stipulation Regarding Arbitration filed at docket 13, it is **ORDERED AND ADJUDGED** as follows:

    1)    The parties shall submit to binding non-judicial arbitration.

    2)    The arbitration shall be administered by the American Arbitration Association.

    3)    Subject to any change in applicable law, each and all of Plaintiff's claims shall be and hereby are subject to individual arbitration pursuant to the terms of the Personal Line of Credit Agreement.

    4)    This action shall be and is hereby dismissed, in its entirety, without prejudice.

5)  The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on March 14, 2016.

        s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record